UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA FLORES-ALONSO,<br><br>　　　　　Defendant. | Case No.:　19CR02657-DMS<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

　　Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

　　IT IS ORDERED that the Information in Criminal Case No. 19CR02657-DMS against defendant MARIA FLORES-ALONSO be, and hereby is, dismissed;

　　IT IS SO ORDERED.

Dated: August 13, 2019

_____
Hon. Dana M. Sabraw
United States District Judge